# UNITED STATES DISTRICT COURT
for the

Southern District Of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1128 1:17CR00045-004 |
| Donald Ray Thomas | ) | USMS 3872154 |
| *Defendant* | ) | 76107-083 |
| | | 2403-0426-0363-D |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Donald Ray Thomas,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court  ☐ Probation Violation Petition

This offense is briefly described as follows:
Mandatory Condition, Possessed, and/or used methamphetamine, marijuana, and synthetic marijuana, used Adderall and Suboxone, both without a prescription,

Mandatory Condition, Possessed methamphetamine,
Mandatory Condition, Used a vehicle without the owner's permission,
Standard Condition #3, Relocated to Birmingham without permission from the court or probation officer, and
Standard Condition #4, Failed to report to the Probation Office as instructed.

Date: 4/25/2024

City and state: Mobile, Alabama

*Cathi Jennings*
*Printed name and title*

Christopher Ekman
*Issuing officer's signature*

### Return

This warrant was received on *(date)* 4/25/24, and the person was arrested on *(date)* 6/25/24
at *(city and state)* Bay Minette, AL.

Date: 6/26/24

*Frances Niolon*
*Arresting officer's signature*

Frances Niolon SDUSM
*Printed name and title*

PACTS ID: 10955